# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MARCUS MILLER,**

    Plaintiff(s),

                                    **CASE NO.    3:10-cv-172**

**-vs-**

                                    **District Judge Timothy S. Black**

**WAYNE TOWNSHIP BOARD OF
TRUSTEES,** *et al.,*

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Defendants' Motions for Summary Judgment are **GRANTED** (Docs. 28, 29, 32); and this case shall be **TERMINATED** upon the docket.

Date:  August 11, 2011                              **JAMES BONINI, CLERK**

                                                                By: <u>s/ M. Rogers</u>
                                                                Deputy Clerk